# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>  Plaintiff<br>v.<br><br>BASSEM S. MASRI a/k/a BASSEM MASRI<br>  Defendant | Civil Action No: 17-03879 |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK OF COURT:

Kindly dismiss the above entitled action pursuant to F.R.C.P. 41(a)(1)(A) with prejudice.

Respectfully submitted,
KML Law Group, P.C.


By: _____
Rebecca A. Solarz, Esquire
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6327